UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  C09-0464-RAJ-MAT<br><br><br>~~PROPOSED~~ ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 11, 2010, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 25, 1010, to file an optional reply brief.

DATED this 19th day of May, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1        ORDER – [C09-1464-RAJ-MAT]

1

Presented by:

2

s/ Richard A. Morris
3  RICHARD A. MORRIS,     WSB # 33780
Special Assistant United States Attorney
4  Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
5  Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
6  FAX:  (206) 615-2531
rick.morris@ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23