UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ASTRUE, Commissioner of the )<br>Social Security Administration, )<br>)<br>Defendant. ) | Case No. C09-1464-RAJ-MAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff Sara Johnson brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 19.)

Based on the stipulation of the parties, the Court recommends that this case be **REVERSED** and **REMANDED** for further administrative proceedings. The parties have stipulated that, on remand, the case will be reassigned to a local Administrative Law Judge (ALJ), and that the ALJ will: address the opinion offered by the State agency physician; further evaluate plaintiff's left shoulder impairment at step two and determine if the impairment existed prior to March 2002; consider plaintiff's obesity in combination with her other impairments and determine

REPORT AND RECOMMENDATION – 1

whether a listing is equaled or met; reassess plaintiff's residual functional capacity to include limitations from all impairments; obtain medical expert testimony to assist in determining the severity of plaintiff's impairments; and, if warranted by the expanded record, obtain supplemental vocational expert testimony to assist in determining what jobs exist for plaintiff in significant numbers in the national economy.  The parties further stipulate that, upon proper application, plaintiff is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 8th day of June, 2010.

/s/ Mary Alice Theiler
MARY ALICE THEILER
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2